NATALIA D. ASBILL-BEAROR (SBN 281860)
PERKINS ASBILL, APLC
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:    916.446.2000
Facsimile:     916.447.6400
natalia@perkinsasbill.com

Attorney for Plaintiff TIMOTHY STRAUWALD

Christopher F. Wohl (SBN: 170280)
Casey M. Blanas (SBN: 296447)
PALMER KAZANJIAN WOHL HODSON LLP
2227 Fair Oaks Boulevard, Suite 455
Sacramento, CA  95825
Telephone:    (916) 442-3552
Facsimile:     (916) 640-1521

Attorneys for Defendants
LIGHTHOUSE LIVING SERVICES, INC., a California Corporation , and TABIAS C. COWAN,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STRAUWALD,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE LIVING SERVICES, INC., a California Corporation; TABIAS C. COWAN, an individual, and DOES 1-25<br><br>Defendants. | CASE NO. 2:19-cv-02168-MCE-CKD<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURUSANT TO LOCAL RULE 271 |

1 | Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to
2 | the Voluntary Dispute Resolution Program.
3 | Dated: December 17, 2020

By:     /s/ Natalia D. Asbill-Bearor
Natalia D. Asbill-Bearor
Attorney for Plaintiff Timothy Strauwald

Dated: December 27, 2020

By:   /s/ Christopher F. Wohl
Christopher F. Wohl
Casey M. Blanas
Attorneys for Defendants
Lighthouse Living Services, Inc., and
Tabias C. Cowan, et al.

IT IS SO ORDERED.

Dated: January 26, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER FOR VDRP