Natalia D. Asbill-Bearor, SBN 281860
Robin K. Perkins, SBN: 131252
PERKINS ASBILL, a Professional Law Corporation
707 Commons Drive, Suite 201
Sacramento, California 95825
Telephone: (916) 446-2000
Facsimile: (916) 447-6400
natalia@perkinsasbill.com
robin@perkinsasbill.com

Attorneys for Plaintiff
TIMOTHY STRAUWALD

Christopher F. Wohl (SBN: 170280)
Casey M. Blanas (SBN: 296447)
PALMER KAZANJIAN WOHL HODSON LLP
2227 Fair Oaks Boulevard, Suite 455
Sacramento, CA  95825
Telephone:     (916) 442-3552
Facsimile:      (916) 640-1521

Attorneys for Defendants
TABIAS C. COWAN, ET AL.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STRAUWALD,<br><br>            Plaintiff,<br><br>     v.<br><br>LIGHTHOUSE LIVING SERVICES, INC., a California Corporation; TABIAS C. COWAN, an individual, and DOES 1-25,<br><br>            Defendants. | No.  2:19-cv-02168-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of negotiated settlement executed by them, to the Dismissal with Prejudice of this action in its entirety, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

JOINT STIPULATION AND ORDER DISMISSING
ACTION WITH PREJUDICE                                     1

Dated: July 21, 2021        PALMER KAZANJIAN WOHL HODSON LLP

By:    */s/ Casey M. Blanas*
CASEY M. BLANAS
CHRISTOPHER F. WOHL
Attorneys for Defendant
TABIAS C. COWAN, ET AL.

Dated: July 21, 2021        PERKINS ASBILL

By:    */s/ Natalia D. Asbill-Bearor*
NATALIA D. ASBILL-BEAROR
Attorneys for Plaintiff
DOMINQUE GLAISYER

**ORDER**

In accordance with the foregoing stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, the above-entitled case is hereby dismissed, with prejudice, each side to bear its own costs and attorney's fees. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE